UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SUZETTE MARTIN and
JOHN MARTIN,

    Plaintiffs,

v.                                      CASE NO.: 3:08cv127/MCR/EMT

I-FLOW CORPORATION,

    Defendant.
    _____/

## **O R D E R**

Counsel appeared before the court on November 9, 2009, for a Rule 16 conference brought upon by the parties' Joint Motion to Extend Deadlines.  (Doc. 42).  The parties were allowed to further confer regarding scheduling issues and have advised the court that such issues are now resolved.  Accordingly, the court will grant the parties' requested extensions as follows:

    1.    The deadline for completion of discovery is March 1, 2010.

    2.    Mediation shall be conducted within 28 days of the discovery deadline.

    3.    The deadline for filing potentially dispositive motions is **May 28, 2010**.

    4.    The deadline for filing *Daubert* motions[1] is **May 28, 2010**.

    5.    The deadline for filing motions in limine is **May 28, 2010**.

    6.    Trial is continued to the two-week trial period commencing on **Monday, November 15, 2010**.

    7.    By separate Order for Pretrial Conference to be issued later, a deadline will be set for an attorney conference leading to the filing of a pretrial stipulation and related

---

[1] *See Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993).

papers.  The deadline for the attorney conference (as established by the Order for Pretrial Conference) also will be the deadline for disclosures under Federal Rule of Civil Procedure 26(a)(3).  The deadline for objections under Federal Rule of Civil Procedure 26(a)(3) is five days thereafter.

**DONE and ORDERED** this 23rd day of November, 2009.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT COURT**